UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL J. SHILLING, | Case No. C15-1580-RAJ-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| IRA THOMAS, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint in the above-entitled action. Dkt. 1; Dkt. 1-1. Although plaintiff filed an application to proceed *in forma pauperis* ("IFP"), she did not use the correct form approved for use in this district. By letter dated October 6, 2015, the Court advised plaintiff that she must pay the filing fee or submit the Court's Declaration and Application to Proceed In Forma Pauperis and Written Consent for Payment of Costs form ("IFP application") by no later than November 6, 2015, or else her action may be dismissed. Dkt. 3. Plaintiff was also mailed a blank copy of the Court's IFP application. *See id.* To date, however, plaintiff has failed to respond in any fashion.

As plaintiff has had ample time to correct the deficiencies in her IFP application, but has failed to do so, this Court recommends that the instant action be DISMISSED without

REPORT AND RECOMMENDATION
PAGE - 1

prejudice for failure to prosecute.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **December 11, 2015**.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 18, 2015**.

DATED this 20th day of November, 2015.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2