UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL J. SHILLING,

        Plaintiff,

  v.

IRA THOMAS, et al.,

        Defendants.

Case No. C15-1580-RAJ

ORDER DISMISSING ACTION

The Court, having review the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is DISMISSED without prejudice for failure to prosecute.

(3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this 17th day of December, 2015.

_____
The Honorable Richard A. Jones
United States District Court

ORDER DISMISSING ACTION